# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILLIAM ROBERT DIXON,

    *Petitioner*,

vs.

ROBERT LEGRANDE, *et al.*,

    *Respondents*.

3:13-cv-00150-HDM-VPC

ORDER

This transferred habeas matter comes before the Court following upon petitioner's submission of a letter (#9) seeking sixty days to file more papers.

As clearly stated in the prior order (#7), this matter has been transferred, and there thus is no jurisdiction to entertain further proceedings in this District and Circuit. All time periods for appeals from the Court's prior orders herein have expired. Moreover, as noted, the Court does not have jurisdiction following the transfer to entertain further motions in the nature of a Rule 60 motion or otherwise.

Petitioner thus is reflecting an intent to pursue further proceedings that would be both futile and a waste of limited judicial resources in this action.

IT THEREFORE IS ORDERED that the Clerk of Court shall designate petitioner as a restricted filer on the docket of this action and shall return unfiled all future papers tendered by petitioner in this action, including letters to a Judge of this Court or the Clerk.

DATED: August 20, 2014.

_____
HOWARD D. MCKIBBEN
United States District Judge